**Order entered July 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00252-CV

### IN THE INTEREST OF L.K.B., E.K.B., P.H.B, AND L.D.B, CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 03-14098**

## ORDER

We **GRANT** the July 1, 2013 motion of F. Leighton Durham, III, Kirk L. Pittard, Peter M. Kelly, Thad Spalding, and Christy Denison with the law firm of Kelly, Durham & Pittard, LLP, to withdraw as counsel for appellant, Hayden Bookout.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order. We **DIRECT** the Clerk of this Court to send a copy of this order and all future correspondence to appellant at the following address: 4317 Boca Bay Drive, Dallas, Texas 75224.

/s/     CAROLYN WRIGHT
        CHIEF JUSTICE